UNITED STATES DISTRICT COURT
For the District
of Massachusetts

Nicholas Gomes, pro se
    plaintif

-VS-

Docket No.
21CV40061-DHH

Boston Medical Center,
John Doe Surgen #1
John Doe Surgen #2
and others,
    defendants

2021 JUN 14 PM 12:43
U.S. DISTRICT COURT
DISTRICT OF MASS.
FILED
IN CLERKS OFFICE

CIVIL-ACTION

COMPLAINT:

FACTS —

1) The plaintiff Nicholas Gomes a united states citizen presidently awaiting trial in the worcester House of Correction located at 5 Paul X. Tivnan Drive

2- The Defendant Boston Medical Center is a legal entity license to treat the citizens of Massachusetts, including the plaintiff. Including the hiring qualified competent doctors, including John Doe Surgen #1 and John Doe Surgen #2 at its business located at Yawkey Building, 850 Harrison Ave. Boston, Ma. 02118

3- Defendant John Doe Surgen #1 is a licensed doctor for the state of Massachusetts, treating patients at Boston Medical Center, under their employment.

4- Defendant John Doe Surgen #2 is a licensed doctor for the state of Massachusetts, treating patients at Boston Medical Center, under their employment, located at Yawkey Building, 850 Harrison Ave. Boston Ma. 02118.

5- On or about August 9, 2018 the Plaintiff Defendant John Doe #1 and John Doe #2 surgens performed surgery on his neck on his spine and implanted a device in his neck and throat.

6- The Device in plaintiff's neck and throat has been causing him pain enabling him to breath without difficulty, causing to choke repeatedly, with difficulty breathing since

7. On June 7, 2021 the Jail phycian assistance placed the plaintiff on a soft diet and Boost drinks because he can no longer eat solid foods because of the negligent medical conditions caused by Defendant surgens.

Cause of Action
Medical - Battery -
Tort & Malpractice:

8- Defendant Boston Medical Center is directly and vicariously responsible for the plaintiff's pain and undue suffering due to Defendant surgeons one and two gross and obvious negligence and tortuous acts and omissions, and their deliberate failure to warn Plaintiff any and all risk inherent in the procedure the performed.

9- Defendants John Doe #1 and #2 were obviously and grossly negligent in failing to properly perform surgery on the Plaintiff's neck. And deliberatly fail to inform him of the inherent risk in the procedures they jointly performed on his neck.

Relief:

10- Demand for a Jury trial

11- Plaintiff demands 7 Million dollars in punitive and compensatory damages for his undue physical, mental and emotional pain and suffering caused by the Defendants.

Respectfully submitted

Nicholas Gomes

5 Paul X Tivnan Drive
West Boylston, Ma. 01583